AO 93 (Rev. 11/13) Search and Seizure Warrant

FILED

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2018 JAN 11 P 4: 02

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>One Lot of Electronic Devices More Particularly<br>Described in Attachment A, Currently Located at 9325<br>Discovery Blvd, Manassas, VA 20109 | Case No. 1:18sw20 |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Eastern_____ District of _____Virginia_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A (incorporated by reference).

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B (incorporated by reference).

**YOU ARE COMMANDED** to execute this warrant on or before _____January 24, 2018_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____The Honorable John F. Anderson_____
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: January 10, 2018 11:46  /s/ John F. Anderson
*United States Magistrate Judge*
*Judge's signature*

City and state: Alexandria, Virginia  The Hon. John F. Anderson, U.S. Magistrate Judge
*Printed name and title*

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT
BY _____
DEPUTY CLERK

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 1:18sw20 | Date and time warrant executed: 1/10/18 11:15am | Copy of warrant and inventory left with: N/A |
| Inventory made in the presence of : N/A | | |
| Inventory of the property taken and name of any person(s) seized: | | |

Digital Content of all devices.
See attached.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1/11/18

*Executing officer's signature*

Rachel Bergstrom  Special Agent
*Printed name and title*

## ATTACHMENT A

## PROPERTY TO BE SEARCHED

The property to be searched is one lot of electronic devices (the "DEVICES") seized during execution of the search warrant referenced in the complaint, currently located at 9325 Discovery Blvd, Manassas, VA 20109.

List of Electronic Items Seized from the Vehicle
1. Toshiba Laptop and Power Cord, S/N YF166270C
2. Black and Red Sandisk 256 GB Cruzer Glide (Thumb drive)
3. White Thumb Drive

List of Electronic Items Seized from the Residence
4. Memory Chip in Plastic Bag With Unknown Liquid
5. Ultra Mobile SIM Card W/ Serial # 8901260963152788787F
6. One Sony PSP, Barcode PP803364576-PSP 1001
7. Playstation 4 Console (S/N MB721621348) and Cables and Three (3) Sony Wireless Remote Controllers (S/N 15242580511063, 4389091605665, 4389112704802)
8. (3) Unmarked DVD-R TDK
9. Playstation 2 Power Cords and One (1) Remote Controller
10. One Black Thumb Drive Case in Plastic Bag
11. Playstation 2 Console with S/N PK235399177; Three (3) Playstation 2 Memory Cards, One with "CF" Marking, One with "AW" Marking, and One Blank
12. One White Toshiba Laptop S/N: 99039178W
13. One Tascam DR-07 Portable Digital Recorder
14. Samsung Tablet Model GT-P6800 S/N-RF1C42STA7T
15. One Black Hard Drive Serial # WX61EC67ZZME
16. 14 Computer Discs
17. Samsung Galaxy Note 3
18. One Black iPod with Two Stickers
19. One Black 30 GB iPod
20. HP Laptop, Silver Colored 5CG7391ZH3
21. One Black HP Laptop S/N: 2CE3141VFR, Product: C2L4OUA#ABA
22. One Black Toshiba Laptop S/N: Y9190958Q
23. SIM Card
24. One Sony IC Recorder
25. Silver iPhone, model A1687, IMEI 353335079158674
26. One iPhone With Black Otter Case PW-030240
27. Toshiba USB 2.0 External Hard Drive and Cord
28. 256 MB Sandisk Memory Card
29. San Disk Memory Stick Flash Drive 32 GB Cruzer Glide
30. "1" Samsung Tablet, Black w/ T-Mobile C060 S/N: RF2F701KEVE
31. One Black Hard Drive
32. File System Image of iPhone Item (from "One iPhone with Black Otter Case PW-030240")
33. Physical Image of Samsung Phone (from "Samsung Galaxy Note 3")
34. Nintendo Game Cube, S/N DS311890857; Two (2) Game Cube Remote Controllers, One (1) Game Cube Memory Card and Cables